UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    **2:25-cv-07698-DMG-MAR**                                    Date:  February 11, 2026

Title    *Earl Tate v. City of Los Angeles Economic Workforce Development Department et al*


Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE


| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**


On August 14, 2025, Earl Tate ("Plaintiff") proceeding pro se, filed a Complaint ("Complaint") pursuant to 42 U.S.C. § 1983.  ECF Docket No. ("Dkt.") 1.  Plaintiff also filed a Request for the Clerk to Issue Summons on the Complaint.  Dkt. 3.  On August 18, 2025, the Clerk issued a Notice to Filer of Deficiencies in Request for Issuance of Summons.  Dkt. 8.  In the Notice, the Clerk noted that "[t]he caption of the summons must match the caption of the complaint verbatim," and stated, "[t]he summons cannot be issued until this defect has been corrected.  Please correct the defect and re−file your summons request."  Id.

Almost six months have passed since the Clerk issued a Notice of Deficiency, and Plaintiff has yet to re-file the summons.  Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by February 25, 2026**, why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

| Initials of Preparer | : |
|---|---|
| | ev |